**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



GEORGE PATTON NELSON, III,

      Plaintiff,

v.                                    Civil Action No. **3:08CV603**

CATHY HILL, *et al.*,

      Defendants.

## MEMORANDUM OPINION

Plaintiff, a Virginia inmate, brings this 42 U.S.C. § 1983 action. In his amended complaint, Plaintiff named Cathy Hill, C.T. Woody, and Cheryl Robinson as defendants.[1] By Memorandum Opinion and Order entered on March 17, 2010, the Court dismissed Plaintiff's claims against Defendants Hill and Woody. On April 30, 2010, Defendant Robinson filed a motion for summary judgment. By Memorandum Opinion and Order entered on October 19, 2010, the Court granted Plaintiff's second motion to amend and filed Plaintiff's Second Amended Complaint wherein Plaintiff added Undersheriff Pruitt as a defendant. Thereafter, on November 29, 2010, Defendants Robinson and Pruitt filed a motion for summary judgment with respect to the Second Amended Complaint.

In light of the foregoing circumstances, Defendant Robinson's motion for summary judgment filed on April 30, 2010 will be DENIED WITHOUT PREJUDICE to consideration of the motion for summary judgment filed on November 29, 2010. Plaintiff's "REPLY TO

---

[1] Defendant Hill was a nurse at the Richmond City Jail (hereinafter "the Jail"). Defendant Woody is the Sheriff for the City of Richmond. According to Plaintiff, Defendant Robinson is the Superintendent of the Jail Medical Department.

DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT," which was filed on July 1, 2010,

shall receive no consideration with respect to the November 29, 2010 motion for summary

judgment.

An appropriate Order will accompany this Memorandum Opinion.

Date: JAN 24 2011
Richmond, Virginia

/s/
Richard L. Williams
United States District Judge

2